IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW PRIME, INC. | : | |
| Plaintiff, | : | |
| v. | : | |
| BRANDON BALCHUNE CONSTRUCTION COMPANY, et al. | : | 3:14-CV-2410 (JUDGE MARIANI) |
| Defendants, and | : | |
| MIDLANTIC ENGINEERING, INC. | : | |
| Additional Defendant. | : | |

## ORDER

**AND NOW, THIS 12th DAY OF MAY, 2017**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 193) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 193) is **ADOPTED** for the reasons stated therein.

2. Additional Defendant Midlantic Engineering, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 160) is **DENIED** without prejudice to Midlantic reasserting its arguments in a later dispositive motion supported by a fully-developed factual record.

3. In accordance with the Court's Order of March 3, 2017 (Doc. 190), any dispositive motions shall be filed within **30 days** of the date of this Order. If filing a motion for

summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

_____
Robert D. Mariani
United States District Judge