THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NEW PRIME, INC., :
:
    Plaintiff, :
v. : 3:14-CR-2410
: (JUDGE MARIANI)
BRANDON BALCHUNE :
CONSTRUCTION, INC., POCONO :
TRANSCRETE, INC., PATRICK :
MCLAINE, P.E., CIVIL DESIGN :
PARTNERS, INC., JERRY RANIELI, :
SAMUEL J. MARRANCA, SAMUEL J. :
MARRANCA GENERAL CONTRACTING :
CO., MIDLANTIC ENGINEERING, INC. :
:
    Defendants. :

## ORDER

AND NOW, THIS 15th DAY OF DECEMBER, 2017, upon consideration of the Motion for Summary Judgment of Pocono Transcrete Inc. ("Pocono") (Doc. 215), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. The Motion (Doc. 215) is **DENIED** in part and **GRANTED** in part, to wit:

   a. The Motion is **DENIED** with respect to Plaintiff's breach of warranty claim (Count III);

   b. The Motion is **GRANTED** with respect to Defendants Samuel J. Marranca and Samuel J. Marranca General Contracting Co.'s crossclaim against Pocono (Doc. 201); Defendant Brandon Balchune Construction, Inc.'s

crossclaim against Pocono (Doc. 212); and Defendant Midlantic Engineering, Inc.'s crossclaim against Pocono (Doc. 200).

2. A telephone scheduling conference **SHALL BE CONDUCTED** on **Thursday, January 4, 2018 at 4:30 p.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge