THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW PRIME, INC., | : |
| Plaintiff, | : |
| v. | : 3:14-CR-2410 |
| | : (JUDGE MARIANI) |
| BRANDON BALCHUNE | : |
| CONSTRUCTION, INC., POCONO | : |
| TRANSCRETE, INC., PATRICK | : |
| MCLAINE, P.E., CIVIL DESIGN | : |
| PARTNERS, INC., JERRY RANIELI, | : |
| SAMUEL J. MARRANCA, SAMUEL J. | : |
| MARRANCA GENERAL CONTRACTING | : |
| CO., MIDLANTIC ENGINEERING, INC. | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 15th DAY OF DECEMBER, 2017**, upon consideration of the Motion for Summary Judgment of Defendant Brandon Balchune Construction, Inc. ("Balchune") (Doc. 217), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 217) is **DENIED**.

2. A telephone scheduling conference **SHALL BE CONDUCTED** on **Thursday, January 4, 2018 at 4:30 p.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge